ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No.  **6:10-bk-13315-PC** |
| **RHODALYN CAMEROS ALCOSEBA** | |
| | **TRUSTEE'S REPORT** |
| **MARIO ENECIO ALCOSEBA, JR.** | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$5,217.00** per month.

Spouse/other net income is **$3,555.00** per month.

Debtor's Budget shows **$922.00** disposable income.

Debtor proposed to pay **\*$592.00** per month into the Plan.

Estimated number of months to complete:  **60** months.

This Plan will pay **15.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $592.00 PER MONTH FOR MONTHS 1-17 AND $1,053.00 PER MONTH EACH MONTH THEREAFTER. THE DEBTORS' SHALL AMEND SCHEDULE B TO LIST THE 1999 HONDA ACCORD WITHIN 10 DAYS OF CONFIRMATION. INDYMAC BANK SHALL BE PAID $709.71 PER MONTH ON ITS SECURED ARREARS OF $27,678.72.  THE TAX REFUND EXEMPTIONS LISTED ON SCHEDULE C SHALL BE STRICKEN. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  March 25, 2010                                              _____
                                                                                      Rod Danielson, Chapter 13 Trustee