JOHN F. PATTON, ESQ. (State Bar No. 253175)
jpatton@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

Attorneys for Creditor
FORD MOTOR CREDIT COMPANY, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RHODALYN CAMEROS ALCOSEBA and<br>MARIO ENECIO ALCOSEBA,<br><br><br><br><br><br><br><br>Debtor(s). | Case No.: 6:10-bk-13315-CB<br><br>Chapter 13<br><br>**STIPULATION FOR ADEQUATE PROTECTION RE SECTION 362 STAY**<br><br><u>Hearing Date and Time:</u><br><br>Date:  October 26, 2010<br>Time:  10:00 a.m.<br>Place:  Room 303<br>         3420 Twelfth St.<br>         Riverside, CA 92501 |

///

1

2500.7922  2154020.1

| In re: | CHAPTER 13 |
|---|---|
| **RHODALYN CAMEROS ALCOSEBA and MARIO ENECIO ALCOSEBA, JR.,** Debtor(s). | CASE NUMBER 6:10-bk-13315-CB |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: FORD MOTOR CREDIT COMPANY, LLC)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $<u>661.35</u> commencing <u>October 30, 2010</u>. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

   Ford Motor Credit Company

   P.O. Box 7172

   Pasadena, CA 91109-7172

3. ☐ The Debtor(s) shall cure the postpetition default computed through ___ in the sum of $___ as follows:

   a. ☐ In equal monthly installments of $__ each commencing ___ and continuing thereafter through and including ___,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 10 calendar days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                       F 4001-10.PP

Order on Motion for Relief from Stay (Personal Property) – Page 4 of 7    **F 4001-10.PP**

| In re:<br>**RHODALYN CAMEROS ALCOSEBA and MARIO ENECIO ALCOSEBA, JR.,**<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 6:10-bk-13315-CB |
|---|---|

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of <u>three (3)</u> *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other (specify): (a) If the vehicle is later involved in an accident and declared a total loss during the Debtor's bankruptcy case, Movant shall have relief from the automatic stay to recover and apply any insurance proceeds with respect to the vehicle without further notice, hearing or Order from the Court.
(b) If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting relief shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
(c) A Notice of Default will be sent in accordance to the APO and a copy of the default will be sent to debtor's attorney via e-mail at anthony@doanlawfirm.com

APPROVED AS TO FORM AND CONTENT:

Dated: 10/25/10

_____
Gregory J Doan, Attorney for Debtor

Dated: 10-25-10

_____
John F Patton, Attorney for Movant

Judge's Initials

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.